# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ZAGARUYKA & ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-697-G |
| | ) | |
| HEALTHSMART BENEFIT SOLUTIONS INC. d/b/a HEALTHSMART, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| ASHLEY ZAGARUYKA, individually and d/b/a ZAGARUYKA & ASSOCIATES, | ) ) ) ) |
| Counterclaim Defendant; | ) ) |
| and | ) ) |
| CAROL PROCTOR, | ) ) |
| Counterclaim Defendant. | ) |

## DEFAULT JUDGMENT

Pursuant to the Clerk's Entries of Default, the Court's Order granting Counterclaimant's Motion for Default Judgment, and the Court's Order of August 10, 2020, the Court orders judgment as follows:

- Judgment for Counterclaimant National Union Fire Insurance Company of Pittsburgh, PA, against Counterclaim Defendant Carol Proctor and Counterclaim Defendant Ashley Zagaruyka, individually and d/b/a Zagaruyka & Associates, jointly and severally, for actual damages in the amount of $123,786.00;

- An award of punitive damages for Counterclaimant National Union Fire Insurance Company of Pittsburgh, PA, against Counterclaim Defendant Carol Proctor, in the amount of $123,786.00;

- An award of punitive damages for Counterclaimant National Union Fire Insurance Company of Pittsburgh, PA, against Counterclaim Defendant Ashley Zagaruyka, individually and d/b/a Zagaruyka & Associates, in the amount of $62,000.00; and

- Judgment for Counterclaimant National Union Fire Insurance Company of Pittsburgh, PA, against Counterclaim Defendant Ashley Zagaruyka, individually and d/b/a Zagaruyka & Associates, in the amount of $8088.30.

ENTERED this 28th day of June, 2021.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge